# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CARL A. CHASE LIVING TRUST (12-10-14), et al.<br><br>　　　　　　　　　Defendants. | Case No.: 19-CV-1597 W (BGS)<br><br>**ORDER CLOSING DISTRICT COURT CASE FILE** |

　　　The parties have filed a Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [Doc. 14]. The Stipulation dismisses this matter with prejudice. Accordingly, the Clerk shall close the District Court case file.

　　　**IT IS SO ORDERED**.

Dated: April 6, 2020

_____
Hon. Thomas J. Whelan
United States District Judge